UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO , <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:19-cv-00755 AC <br><br><br> ORDER TO SHOW CAUSE |

Plaintiff, who is proceeding pro se in this action, filed a complaint on May 2, 2019. ECF No. 1. On May 6, 2019, this court issued an order granting plaintiff leave to proceed in forma pauperis and ordering plaintiff, within 14 days, to submit to the United States Marshal a completed summons and copies of the complaint, and to file with the court a statement certifying such submission. ECF No. 3. This deadline has long passed, and the United States Marshal has not received the required documents, nor has plaintiff filed a certificate of their submission.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing, no later than September 4, 2019, why this

1

1 | action should not be dismissed for failure to prosecute;
2. Plaintiff's filing of a statement certifying that he has submitted to the United States Marshal a completed summons and copies of the complaint will be deemed good cause and will discharge this order; and
3. If plaintiff fails to comply with this order, the case will be dismissed.

IT IS SO ORDERED.

DATED: August 22, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE